UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Comcast of Massachusetts I, Inc.,  )
      Plaintiffs,                  )
                                   )
            v.                     )   CIVIL ACTION
                                   )   NO. 04-12472-DPW
                                   )
Linda Silva                        )
                                   )
      Defendants.                  )
```

### NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, Linda Silva, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Linda Silva** has been defaulted this **25th day of January, 2005**.

                                    TONY ANASATAS
                                    Clerk
                        by:         _____
                                    Deputy Clerk