**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**   ) | Case No.: **1:04-cv-12472-DPW** |
|   ) | |
|      **Plaintiff,**   ) | |
|   ) | **PLAINTIFF'S MOTION TO EXTEND** |
|      vs.   ) | **TIME TO MOVE FOR DEFAULT** |
|   ) | **JUDGMENT** |
| **Linda Silva**   ) | |
|      **Defendant**   ) | |
|   ) | |
|   ) | |

**NOW COMES** Plaintiff in the above-captioned case respectfully requests that this Court to extend the deadline for the Plaintiff to move for default judgment to April 10, 2006.

As grounds, the Plaintiff states:

1. In light of recent case law Plaintiff intends to file an Affidavit in support of its Motion for Default Judgment.

2. The Affidavit that the Plaintiff intends to file will be extensive and may require input from an out-of-state employee of Comcast.

3. Plaintiff's Counsel requires more time to obtain executed Affidavit.

4. Plaintiff has yet to be contacted by the Defendant or anyone on his behalf.

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that no one has appeared on the part of the Defendant. Accordingly this motion can go forward.

In further support of this motion, see affidavit of John M. McLaughlin

                                                    Respectfully Submitted for the Plaintiff,
                                                    By Its Attorney

3/9/2006                            /s/ John M. McLaughlin
Date                               John M. McLaughlin (BBO: 556328)
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061-0210
                                       (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 9th day of March 2006, a copy of the foregoing motion and affidavit were sent via first class mail to

Linda Silva
24 Sidney Street
Lowell, MA 01852

                                       /s/ John M. McLaughlin
                                       John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Comcast of Massachusetts I, Inc.** | ) | Case No.: 1:04-cv-12472-DPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT OF ATTORNEY IN** |
| vs. | ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| | ) | **TO EXTEND TIME TO MOVE FOR** |
| **Linda Silva** | ) | **DEFAULT JUDGMENT** |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. My office staff has been diligently working on the Motion for Default in this action, and, more importantly, the Affidavit in support, but I have determined it will contain considerable details and will be of assistance to the court.

2. Aspects of the affidavit may have to be dealt with and/or approved by an out of state office of Comcast and this will require more time.

3. I have yet to be contacted by the Defendant or anyone on his behalf.

Subscribed and sworn to, under the pains and penalties of perjury.

                                             Respectfully Submitted for the Plaintiff,
                                             Comcast of Massachusetts I, Inc.
                                             By Its Attorney,

3/9/2006                                   /s/ John M. McLaughlin
Date                                        John M. McLaughlin (BBO: 556328)
                                             **Green Miles Lipton & Fitz-Gibbon LLP**
                                             77 Pleasant Street
                                             P.O. Box 210
                                             Northampton, MA 01061
                                             (413) 586-0865



Case 1:04-cv-12472-DPW     Document 7-2     Filed 03/09/2006     Page 2 of 2